IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01300-BNB

WILLIAM GARCIA,

    Applicant,

v.

ARISTED ZAVARAS, Executive Director DOC,
LARRY REID, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 2 0 2007

GREGORY C. LANGHAM
                CLERK

## ORDER OF DISMISSAL

Applicant William Garcia is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Centennial Correctional Facility in Cañon City, Colorado. On June 12, 2007, Applicant submitted to the Court a *pro se* Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and a Prisoner's Motion and Affidavit For Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action.

Magistrate Judge Boyd N. Boland entered an order, on June 20, 2007, directing the Clerk of the Court to commence a civil action and instructing Applicant to file a certified copy of his inmate trust fund account statement and to submit Pages Three

through Six of the application form. Mr. Garcia was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On July 25, 2007, Applicant submitted to the Court a Motion for Extension of Time to Cure Deficiency. Magistrate Judge Boland, on July 30, 2007, granted Applicant a forty-five-day extension of time to comply with the June 20, 2007, Order. Applicant now has failed to communicate with the Court, and as a result he has failed to cure the deficiencies within the time allowed. Accordingly, it is

ORDERED that the Application is denied and the action is dismissed without prejudice for failure to cure.

DATED at Denver, Colorado, this 19 day of Sept., 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01300

William Garcia
Prisoner No. 63442
Centennial Corr. Facility
PO Box 600 - F-2-8
Cañon City, CO 81215- 0600

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 9/20/07

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk