IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01300-ZLW

WILLIAM GARCIA,

    Applicant,

v.

ARISTED ZAVARAS, Executive Director DOC,
LARRY REID, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 29 2007

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING MOTION TO REINSTATE CASE

Mr. Garcia is in the custody of the Colorado Department of Corrections (DOC) and currently is incarcerated at the Centennial Correctional Facility in Cañon City, Colorado. The matter before the Court is the "Response to Order of Dismissal and Motion to Reinstate Case" that Applicant William Garcia, a *pro se* litigant, filed with the Court on October 19, 2007, in the instant 28 U.S.C. § 2254 action. Applicant seeks reconsideration of the Order and the Judgment that were both entered on October 19, 2007.

This action was dismissed without prejudice because Mr. Garcia failed to cure the deficiencies identified in the June 20, 2007, Order within the time allowed. As an attachment to the October 19, 2007, Motion to Reinstate, Mr. Garcia, however, has submitted a copy of a DOC receipt indicating that on September 12, 2007, he submitted legal mail to DOC staff for filing in the instant action. Although the Court did not receive

the documents needed to cure the deficiencies in the instant action until September 28, 2007, Applicant submitted the necessary documents for filing on September 12, 2007, and cured the deficiencies within the time allowed, based on *Houston v. Lack*, 487 U.S. 266 (1988). Therefore, the October 19, 2007, Motion to Reinstate will be granted. Accordingly, it is

ORDERED that Plaintiff's Motion to Reinstate, filed on October 19, 2007, is granted. It is

FURTHER ORDERED that the Order of Dismissal and the Judgment, both filed on September 20, 2007, are vacated. It is

FURTHER ORDERED that the Clerk of the Court is directed to reopen this action.

DATED at Denver, Colorado, this 29 day of Oct., 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01300-ZLW

William Garcia
Prisoner No. 63442
Centennial Corr. Facility
PO Box 600 - F-2-8
Cañon City, CO 81215- 0600

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 10/29/07

GREGORY C. LANGHAM, CLERK

By: _____
           Deputy Clerk