IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01300-BNB

WILLIAM GARCIA,

    Applicant,

v.

ARISTEDES ZAVARAS, Executive Director DOC,
LARRY REED, Warden, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 22 2008

GREGORY C. LANGHAM
                CLERK

---

ORDER TO FILE PRE-ANSWER RESPONSE

---

At issue before the Court is Applicant's failure to file a Response to the Court's February 8, 2008, Order and show cause why the claims he asserts challenging State of Colorado Criminal Case No. 97-CR-467428 should not be dismissed as time-barred under 28 U.S.C. § 2244(d). Applicant was granted a sixty-day extension of time on March 20, 2008, in which to respond. Although he now has failed to file a timely Response, the Court in light of *Denson v. Abbott*, — F. Supp. 2d —, 2008 WL 1970935 (D. Colo. 2008), will direct Respondents, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, to file a Pre-Answer Response. Respondents will be limited to addressing the affirmative defenses of timeliness under 28 U.S.C. § 2244(d) and/or exhaustion of state court remedies under

28 U.S.C. § 2254(b)(1)(A). If Respondents do not intend to raise either of these affirmative defenses, they must notify the Court of that decision in the Pre-Answer Response. Respondents may not file a dispositive motion as their Pre-Answer Response, or an Answer, or otherwise address the merits of the claims in response to this Order.

In support of the Pre-Answer Response, Respondents should attach as exhibits all relevant portions of the state court record, including but not limited to copies of all documents demonstrating whether this action is filed in a timely manner and/or whether Applicant has exhausted state court remedies.

Applicant may reply to the Pre-Answer Response and provide any information that might be relevant to the one-year limitation period under 28 U.S.C. § 2244(d) and/or the exhaustion of state court remedies. Applicant also should include information relevant to equitable tolling, specifically as to whether he has pursued his claims diligently and whether some extraordinary circumstance prevented him from filing a timely 28 U.S.C. § 2254 action in this Court. Accordingly, it is

ORDERED that **within twenty days from the date of this Order** Respondents shall file a Pre-Answer Response that complies with this Order. It is

FURTHER ORDERED that **within twenty days of the filing of the Pre-Answer Response** Applicant may file a Reply, if he desires. It is

FURTHER ORDERED that if Respondents do not intend to raise either of the affirmative defenses of timeliness or exhaustion of state court remedies, they must notify the Court of that decision in the Pre-Answer Response.

Dated: May 22, 2008

BY THE COURT:

s/ Boyd N. Boland
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01300-BNB

William Garcia
Prisoner No. 63442
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

Aristedes Zavaras, and Larry Reed
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Aristedes Zavaras, and Larry Reed; and to John Suthers: AMENDED APPLICATION FOR WRIT OF HABEAS CORPUS FILED 09/28/07 on 5/22/08 .

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk